# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

January 7, 2022

Lyle W. Cayce
Clerk

No. 21-40089
Summary Calendar

Brian Adam Yarbrough,

*Plaintiff—Appellant*,

*versus*

United States Postal Inspector; Santa Fe Police
Department; Jennifer Beavers; United States Postal
Service; Travis Cook; Sean Hayes; City of Santa Fe,
Texas; City of La Marque, Texas; Officer A. J. Skaggs,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:20-CV-69

Before Clement, Haynes, and Higginson, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-40089

Appellant fails to present any non-frivolous arguments on appeal. Accordingly, the judgment of the district court is AFFIRMED. *See* 5TH CIR. R. 47.6.